IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY LEONARD CLAIR,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1467

Opinion filed May 17, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Gary Leonard Clair, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for belated appeal is denied on the merits.

WOLF, RAY, and BILBREY, JJ., CONCUR.